NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| ADONIUS BAILEY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-3213 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E. Ward,
Judge.

Adonius Bailey, pro se.

PER CURIAM.

Affirmed.  See Melvin v. State, 645 So. 2d 448 (Fla. 1994); Hughes v.
State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA
2007); Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Coughlin v. State, 932 So. 2d
1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA
2004).

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.